## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNA SHATZSALL,

      **Plaintiff,**

v.

                             **Case No. 25-CV-01360-SPM**

FRANK BISIGNANO,
Commissioner of Social Security,

      **Defendant.**

## ORDER FOR ATTORNEY FEES AND EXSPENSES

**McGLYNN, District Judge:**

This matter is before the Court on a Joint Motion to Award Attorney Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") filed by Plaintiff Donna Shatzsall and Defendant Commissioner of Social Security. (*See* Doc. 24). The Parties move for entry of an agreed order granting Shatzsall $9,100 (nine thousand one hundred dollars) for attorney fees and expenses in this case. (*Id.*).

The Court finds that Shatzsall is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the amount sought is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Shatzsall in this matter pursuant to the EAJA. Per the Parties' agreement, this Motion does not include Shatzsall's costs, and Shatzsall may file a separate bill of costs.

The Parties' Joint Motion to Award Attorney Fees and Expenses, (Doc. 24), is **GRANTED**. The Court awards Shatzsall attorney fees and expenses in the amount of $9,100 (nine thousand one hundred dollars).

The amount awarded is payable to Shatzsall and is subject to set-off for any debt owed by Shatzsall to the United States in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010); *see also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). Any part of the award that is not subject to set-off to pay Shatzsall's pre-existing debt to the United States, however, shall be made payable to Shatzsall's attorney pursuant to the EAJA assignment executed by Shatzsall. If the Commissioner of Social Security can verify that Shatzsall does not owe a pre-existing debt to the government subject to the offset, the Commissioner of Social Security will direct that the award be made payable to **Eddy Pierre Pierre** pursuant to the EAJA assignment duly signed by Shatzsall. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **Pierre Pierre Law, P.C.**
> **333 S Wabash**
> **Suite 2700**
> **Chicago, IL 60604**

**IT IS SO ORDERED.**

**DATED:  May 26, 2026**

> <u>s/ *Stephen P. McGlynn*</u>
> **STEPHEN P. McGLYNN**
> **U.S. District Judge**